

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD WAUMBEEKA, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 96-2807 |
| SUPERINTENDENT DAVID LARKINS, et al., | : |
| Respondents. | : |

**ORDER**

AND NOW, this 17th day of Aug., 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and review of the Report and Recommendation ("R&R") of United States Magistrate Judge Arnold C. Rapoport dated July 19, 2007, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
ROBERT F. KELLY, J